IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:16-cr-00118-001 DAD-BAM |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| MARCUS ANTHONY HERRERA | |
| Defendant. | |

    IT IS HEREBY ORDERED that defendant Marcus Anthony Herrera shall be released from the Lerdo Jail on Thursday, August 16, 2018, at 8:30 a.m. to Darren Hise, who will then transport Marcus Anthony Herrera directly to the Stockton Salvation Army Program for admission to complete up to 180 days in that residential treatment program.

IT IS SO ORDERED.

Dated: __**August 15, 2018**__              _/s/ Dale A. Drozd_
                                                                            UNITED STATES DISTRICT JUDGE